## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PARTSHAWK, LLC,

    Plaintiff,

v.                                                Case No: 8:19-cv-353-CEH-AEP

TRIBRIDGE HOLDINGS, LLC,

    Defendant.

_____/

## ORDER

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice Based on Settlement Agreement (Doc. 76). In accord with the Joint Stipulation for Dismissal with Prejudice Based on Settlement Agreement, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Stipulation for Dismissal with Prejudice Based on Settlement Agreement is **APPROVED** (Doc. 76).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on February 23, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record